# United States District Court

DISTRICT OF

International Brotherhood of Electrical Workers Local Union #99; Allen P. Durand et al. Trustees; and the Rhode Island and Southeast Massachusetts Chapter, National Electrical Contractors Association

V.

Providence Civic Center Authority

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 05 043S

TO: (Name and address of defendant)

Providence Civic Center Authority
c/o Gary St. Peter, Esq.
St. Peter and Kasle
Four Richmond Square
Providence, RI 02906

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Gibson, Esq.
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE 2/4/05

(2)

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 2/8/05 |
|---|---|
| NAME OF SERVER *(PRINT)* Anthony J. LaFazia | TITLE Fed. Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Providence Civic Ctr Authority 4 Richmond Street Providence

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☑ Other *(specify)*: [signature] Agent for Service

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 50.00 | 50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-8-05
*Date*

[signature]
*Signature of Server*

44 Sand Pond Rd Warwick
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 FEB 14 A 11: 38

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.