UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS - LOCAL UNION 99,
ET AL.

v. C.A. No. 05-043S

PROVIDENCE CIVIC CENTER AUTHORITY

## SHOW CAUSE ORDER

On or before **July 7, 2005**, the plaintiffs are hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 6/17/05