RODIO & URSILLO, LTD
Attorneys at Law

RECEIVED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

June 24, 2005

The Honorable Judge William E. Smith
United States District Court Judge
United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building & Courthouse
Providence, RI 02903

**RE: - C.A. #05-043S**
**- INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS – LOCAL 99, *ET AL versus* PROVIDENCE CIVIC CENTER AUTHORITY**

Dear Judge Smith,

Enclosed for your review is a copy of the Plaintiff's First Amended Complaint in the above-captioned matter.

This case consists of a delinquent contribution collection matter pursuant to the *Employee Retirement Income Security Act of 1974*. The Amended Complaint reflects payments that have been made by the Defendants in March, 2005 and in June, 2005, subsequent to the filing of the initial Complaint.

The parties had agreed that the Defendant would be given time to file its Answer in this case only after the above-referenced payments had been made and this Amended Complaint was filed. In following therewith, the Defendant will submit an Answer to this Complaint within twenty (20) days of its filing date.

I hope this explanation and the enclosed copy of the Amended Complaint satisfy your Honor's June 17, 2005 Show Cause Order.

I thank you for your consideration in this matter.

Very Truly Yours,

Joseph J. Pezza

cc: Jeffrey W. Kasle, Esquire