# *Exhibit "A"*

# Providence Civic Center
# Amounts owed up to March, 2005

| *Months* | *H&W* | *Pension* | *Annuity* | *JATC* | *Union Dues* | *Bldg. Fund* | *PAC* | *Totals* |
|---|---|---|---|---|---|---|---|---|
| June, 2003 | | | | $108.29 | | | | $108.29 |
| September, 2003 | ($113.17) | | | | | | ($0.82) | ($113.99) |
| October, 2003 | ($134.40) | | | | | | ($0.17) | ($134.57) |
| November, 2003 | ($149.79) | | | | | | ($1.59) | ($151.38) |
| December, 2003 | ($129.21) | | | | | | ($3.08) | ($132.29) |
| January, 2004 | ($207.62) | | | | | | ($3.44) | ($211.06) |
| February, 2004 | ($129.70) | | | | | | ($0.80) | ($130.50) |
| March, 2004 | ($139.20) | | | | | | | ($139.20) |
| April, 2004 | ($127.04) | | | | | | ($3.21) | ($130.25) |
| May, 2004 | ($123.73) | | | | | | $0.99 | ($122.74) |
| June, 2004 | $1,134.34 | $425.38 | $1,134.34 | $70.90 | $271.18 | $70.90 | $10.52 | $3,117.56 |
| July, 2004 | $1,558.62 | $584.48 | $1,558.61 | $97.41 | $372.60 | $97.41 | $16.64 | $4,285.77 |
| August, 2004 | $1,226.80 | $460.05 | $1,226.79 | $76.67 | $293.28 | $76.67 | $12.70 | $3,372.96 |
| September, 2004 | $1,686.00 | $632.25 | $1,685.99 | $105.37 | $403.06 | $105.37 | $16.09 | $4,634.13 |
| October, 2004 | $2,371.68 | $889.38 | $2,371.67 | $148.23 | $566.98 | $148.23 | $22.43 | $6,518.60 |
| November, 2004 | $1,726.10 | $647.29 | $1,726.10 | $107.88 | $412.65 | $107.88 | $17.12 | $4,745.02 |
| December, 2004 | $1,308.11 | $490.54 | $1,308.09 | $81.76 | $312.72 | $81.76 | $13.05 | $3,596.03 |
| January, 2005 | $2,040.70 | $765.26 | $2,040.69 | $127.54 | $487.85 | $127.54 | $20.73 | $5,610.31 |
| February, 2005 | $1,291.28 | $484.23 | $1,291.28 | $80.70 | $308.70 | $80.70 | $12.86 | $3,549.75 |
| March, 2005 | $1,555.27 | $583.22 | $1,555.26 | $97.20 | $371.80 | $97.20 | $15.60 | $4,275.55 |
| **TOTALS** | **$14,645.04** | **$5,962.08** | **$15,898.82** | **$1,101.95** | **$3,800.82** | **$993.66** | **$145.62** | **$42,547.99** |