**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION #99, ALLEN P. DURAND, et al., TRUSTEES and THE RHODE ISLAND AND SOUTHEAST MASSACHUSSETTS CHAPTER, NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION** <br> **Plaintiffs** | : | |
| **V.** | : | **C.A. No. 05-043S** |
| **PROVIDENCE CIVIC CENTER AUTHORITY** <br> **Defendant** | : | |

## ANSWER TO FIRST AMENDED COMPLAINT

### PARTIES

1. Admit.

2. Defendant neither admits nor denies the information in Paragraph 2.

3. Defendant neither admits nor denies the information in Paragraph 3.

4. Admit.

5. Defendant admits that the statement contained in Paragraph 5 of the Complaint purports to establish Plaintiffs' right to assert the jurisdiction of this Honorable Court over Defendant. However, Defendant denies that any of the information contained in Paragraph 5 confers such jurisdiction and/or cause of action in favor of Plaintiffs against Defendant.

**COUNT I**

6. Defendant incorporates its answers to Paragraphs 1 through 5 as if fully set forth herein.

7. Admit.

8. Defendant neither admits nor denies the information in Paragraph 8.

9. Defendant neither admits nor denies the information in Paragraph 9.

10. Defendant admits that it made payments to the Local 99 Health and Welfare Trust Fund and the Local 99 Dues Fund but is without knowledge or information sufficient to form a belief as to the remaining amount, if any, owed the various funds.

11. Deny.

12. Defendant admits the collective bargaining agreement speaks for itself.

13. Admit.

14. Deny.

15. Deny.

**COUNT II**

16. Defendant incorporates its answers to Paragraphs 1 through 15 as if fully set forth herein.

17. Deny.

## COUNT III

18. Defendant incorporates its answers to Paragraphs 1 through 17 as if fully set forth herein.

19. Admit.

20. Deny.

21. Deny.

WHEREFORE, Defendant prays this Honorable Court to dismiss all the allegations against Defendant contained in the Complaint and also to award costs and attorneys' fees to Defendant.

## FIRST AFFIRMATIVE DEFENSE

Defendant hereby gives notice of its intention to rely upon each and every affirmative defense that may be justified by the facts adduced during discovery and at trial and including without limitation:

1. Waiver
2. Estoppel
3. Unclean Hands
4. Failure to mitigate damages
5. Lack of standing to pursue some or all of his claims
6. Failure to comply with necessary statutes or rules of limitation

7. Defendant has acted in good faith

Respectfully submitted,
PROVIDENCE CIVIC CENTER AUTHORITY
By Their Attorney:

JEFFREY W. KASLE, ESQ. (#2695)
St. Peter & Kasle Incorporated
Four Richmond Square
Providence, Rhode Island 02906
Tel. 401-453-4330
Fax. 401-453-4333
Email. jeff@stpeterandkasle.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to Joseph J. Pezza, Esq. and Jeffrey Gibson, Esq., Rodio & Ursillo, Ltd., 86 Weybosset Street, Providence, Rhode Island 02903, on this 6th day of September, 2005.

Kimberly A. Peters