**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RECEIVED**

JAN 19 2006

Property of U.S. District Court
District of Rhode Island

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION #99; ALLEN P. DURAND, et al., TRUSTEES; and THE RHODE ISLAND AND SOUTHEAST MASSACHUSETTS CHAPTER, NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION

Plaintiffs

v.

CA. NO. 05 - 043 S

PROVIDENCE CIVIC CENTER AUTHORITY

Defendant

## DISMISSAL STIPULATION

The Defendant having performed its obligations to the satisfaction of all Plaintiffs, the above-captioned matter is dismissed with prejudice, no interest and no costs.

Plaintiffs,
By Their Attorneys,

Dated: 1-9-06

Jeffrey M. Gibson, Esq. (#3046)
RODIO & URSILLO, LTD.
86 Weybosset Street
Providence, RI 02903
(401) 331-6400

ENTER WMM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 1/19/06

Defendant
Providence Civic Center Authority
By Their Attorney,

Dated: 1/10/06

Jeffrey W. Kasle, Esq. (#2695)
ST. PETER & KASLE INCORPORATED
Four Richmond Square
Providence, RI 02906
(401) 453-4330